

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARLTON McMANUS, | § | No. 08-11-00312-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court Number Four |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| Appellee. | § | (TC# CR-2010-05274-D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating